**AO 10**
*Rev 1/2010*

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009



Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Ronald A | USDC-EDOK | 5/14/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S District Judge - Active | ☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 101 N. Fifth Street<br>P O Box 1009<br>Muskogee, OK 74402 | Reviewing Officer_____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 Member | Oklahoma Bar Association |
| 2 Member | Federal Judges' Association |
| 3 Member | Judicial Conference Committee on Codes of Conduct |
| 4 Executive Board Member | Indian Nations Council, Boy Scouts of America |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

2010 MAY 19 A 11:14 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2. | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income )*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1  2009 | Gable Gotwals - salary | |
| 2 | | |
| 3. | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment*
*(Includes those to spouse and dependent children  see pp  25-27 of filing instructions )*

[✓] NONE *(No reportable reimbursements )*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4. | | | | |
| 5 | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children, see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1   AES | student loan | L |
| 2 | | |
| 3 | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Oklahoma - Checking Account | | None | K | T | | | | | |
| 2. Bank of America - Checking Acct. #1 | | None | J | T | Open | 12/22/09 | J | | |
| 3. METLIFE GVUL ACCOUNT | | | | | | | | | |
| 4. -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 5. -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 6. -Scudder International - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 7. -T Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 8. 120 Ac. Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 9. Northwestern Mutual Whole Life Policy - Cash Value | A | Dividend | K | T | | | | | |
| 10. MERRILL LYNCH IRA #1 | B | Dividend | L | T | | | | | |
| 11. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 12. -Columbia Acorn Fund | | | | | Buy | 12/11/09 | J | | |
| 13. -Energy Transfer Partners(publicly traded partnership units) | | | | | | | | | |
| 14. MERRILL LYNCH IRA #2 | D | Dividend | N | T | | | | | |
| 15. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 16. -OG&E common stock | | | | | | | | | |
| 17. -Williams Cos common stock | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | L =$15 001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000 001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | L. Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 -Citigroup common stock | | | | | | | | | |
| 19. -Johnson & Johnson common stock | | | | | | | | | |
| 20 -LSI Corp common stock | | | | | | | | | |
| 21. -Occidental Petroleum Corp. common stock | | | | | | | | | |
| 22. -Hewlett Packard Company common stock | | | | | | | | | |
| 23 -Lancaster Colony Corp common stock | | | | | | | | | |
| 24. -Lehman Bros Hldgs Inc. common stock | | | | | | | | | |
| 25. -Alcatel Lucent Technologies Inc. common stock | | | | | | | | | |
| 26 -Magellan Midstream publicly traded partnership units | | | | | | | | | |
| 27 -Alliance Resources publicly traded partnership units | | | | | | | | | |
| 28. -H&R Block common stock | | | | | | | | | |
| 29. -ONEOK common stock | | | | | | | | | |
| 30 -Pfizer common stock | | | | | | | | | |
| 31 -GE common stock | | | | | | | | | |
| 32 -S&P depository receipts | | | | | | | | | |
| 33. Stifel Nicolaus (formerly UBS) | | | | | | | | | See Note in Part VIII |
| 34. -Stifel Nicolaus Money Market (formerly UBS Bank USA) | B | Interest | L | T | | | | | See Note in Part VIII. |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B $1,001 - $2,500 | C - $2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| | F -$50,001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000 000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| | N =$250,001 - $500,000 | O $500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5 000 001 - $25 000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real l state Only) | S - Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35 -Steinman common stock | A | Dividend | J | T | | | | | |
| 36. -Axelis common stock | | None | | | Donated | 6/23/09 | | | |
| 37. -Bearing Point common stock | | None | J | T | | | | | |
| 38 -BP Amoco common stock | | None | | | Donated | 6/23/09 | | | |
| 39 -Bank of Oklahoma common stock | A | Dividend | J | T | | | | | |
| 40 -GE common stock | A | Dividend | J | T | | | | | |
| 41 -Oneok common stock | A | Dividend | J | T | | | | | |
| 42 -PDI common stock | | None | | | Donated | 6/23/09 | | | |
| 43 -UPS common stock | A | Dividend | J | T | | | | | |
| 44. -Viacom common stock | | None | | | Donated | 6/23/09 | | | |
| 45 -CBS common stock | | None | | | Donated | 6/23/09 | | | |
| 46 -RTI International Metals | | None | J | T | | | | | |
| 47 Bank of America checking account #2 | | None | J | T | | | | | |
| 48 Bank of America savings account | A | Interest | J | T | | | | | |
| 49 Citizens Bank CD | A | Interest | | | Redeemed | 1/14/09 | J | | |
| 50 IRA #3 | A | Dividend | J | T | | | | | |
| 51 -Cavanal Hill Balanced Inv | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5 000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000 001 - $5 000,000 | P2 =$5 000 001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T - Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Growth Fund of America R3 | | | | | | | | | |
| 53. -Federated Kaufmann K | | | | | | | | | |
| 54. -N&B Genesis Trust | | | | | | | | | |
| 55. -American Beacon Intl Equity PA | | | | | | | | | |
| 56. -Artisan International | | | | | | | | | |
| 57. IRA #4 | A | Dividend | J | T | | | | | |
| 58. -Vanguard Growth Index Fund | | | | | | | | | |
| 59 -Vanguard 500 Index Fund | | | | | | | | | |
| 60 IRA #5 | A | Dividend | K | T | | | | | |
| 61 -Russell Equity I Fund | | | | | | | | | |
| 62 -Russell Equity II Fund | | | | | | | | | |
| 63 -Russell Global Balanced Fund | | | | | | | | | |
| 64 -Russell All International Markets Fund | | | | | | | | | |
| 65 -Russell Large Cap Equity Index Fund | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | D =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 $50 000 |
|---|---|---|---|---|---|
| | F $50 001 - $100,000 | G -$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000 000 | |
| 2 Value Codes (See Columns C1 and D3) | J –$15,000 or less | K =$15,001 - $50,000 | L =$50 001 - $100,000 | M -$100,001 - $250,000 | |
| | N $250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. INVESTMENTS AND TRUSTS:

Lines 33 and 34   The brokerage account and all its holdings, formerly denominated as "UBS" was transferred to Stifel Nicolaus on 9/14/09

Line 47   This Bank of America account was previously set forth on Line 49 of the 2008 disclosure   It has been renamed Bank of America #2 because the reporter opened another Bank of America account   See Line 2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E
Washington, D.C. 20544